UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21658-CIV-SEITZ/O'SULLIVAN

RAMON BORRELL,
and others similarly situated,

           Plaintiffs,

v.

CANERO TIRE CORPORATION,
et al.,

           Defendants.
_____/

### ORDER (1) GRANTING MOTION TO WITHDRAW; AND (2) REMOVING ERIC D. ISICOFF, TERESA RAGATZ, AND ISICOFF, RAGATZ & KOENIGSBERT AS COUNSEL FOR DEFENDANTS

THIS MATTER is before the Court on the Motion to Withdraw as Counsel [DE-8], filed by Eric D. Isicoff and Teresa Ragatz and the law firm of Isicoff, Ragatz & Koenigsberg, counsel for Defendants. Movants report that Defendants have substituted new counsel and request that they be relieved as counsel of record. Defendants are now represented by the Law Office of Hugh Behan. [See DE-8.] Upon due consideration, it is hereby

    ORDERED that:

    (1) The Motion to Withdraw as Counsel [DE-8] is GRANTED; and

    (2) Eric D. Isicoff, Teresa Ragatz, and the law firm of Isicoff, Ragatz & Koenigsberg are relieved of all further responsibility in connection with Defendants' representation.

    DONE and ORDERED in Miami, Florida, this 7R day of August, 2008.

                                                               PATRICIA A. SEITZ
                                                               UNITED STATES DISTRICT JUDGE

cc:        All Counsel of Record