UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21658-CIV-SEITZ/O'SULLIVAN

RAMON BORRELL, individually, and on behalf of
similarly situated individuals,

        Plaintiff,

v.

CANERO TIRE CORP., CANERO
INVESTMENT CORP., and
ANTONIO CANERO, JR.

        Defendants.
_____/

## ORDER ADOPTING FINDINGS OF MAGISTRATE JUDGE AND DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court upon the Order Approving Settlement Agreement [DE-12] entered by Magistrate Judge O'Sullivan and the parties' Stipulation of Dismissal [DE-14]. On August 14, 2008, Magistrate Judge O'Sullivan conducted a fairness hearing on the parties' settlement of this Fair Labor Standards Action and determined that the compromise reached by the parties, including the resolution of costs and attorneys' fees, was a "fair and reasonable" outcome of the parties' bona fide disputes under *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350 (11th Cir.1982). Therefore, upon review, it is hereby

    ORDERED that

    (1)    Magistrate Judge O'Sullivan's findings are ADOPTED.

    (2)    All pending motions not otherwise ruled upon are DENIED AS MOOT.

    (3)    This case is DISMISSED WITH PREJUDICE and this case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 16 day of September, 2008.

                      PATRICIA A. SEITZ
                      UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record